UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ 19-070 |
| Plaintiff, | (DOR No. CR16-400 AA) |
| v. | DETENTION ORDER |
| CHANDY HANG, | |
| Defendant. | |

<u>Offense charged</u>: Violation of Supervised Release

<u>Date of Detention Hearing</u>: February 19, 2019.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant was arrested in this District pursuant to an Arrest Warrant issued by the District of Oregon for alleged violation of supervised release. Defendant is alleged to have

failed to report to the probation office in this District as directed, after being released to be supervised on a courtesy basis in this District. Defendant does not contest entry of an order of detention, and does not request an identity hearing. An order of transfer has been signed.

2. Defendant poses a risk of nonappearance based on alleged absconding from supervision, as well as similar allegations in the past. Defendant poses a risk of danger based on the nature and circumstances of the underlying offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending transfer to the District of Oregon, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 19th day of February, 2019.

Mary Alice Theiler
United States Magistrate Judge